# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 17-po-00769-KSC |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| David Skea | Booking No. 95218298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of   11/17/21

the Court entered the following order:

**X**   Defendant be release from custody.

Defendant placed on supervised / unsupervised probation / supervised release.

Defendant continued on supervised / unsupervised probation / supervised release.

Defendant released on _____ Bond posted.

Defendant appeared in Court.  FINGERPRINT & RELEASE.

Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

Defendant sentenced to TIME SERVED, supervised release for _____ years.

Bench Warrant Recalled.

Defendant forfeited collateral.

Case dismissed.

**X**   Charges pending in case no.    20-cr-01307-GPC

Defendant to be release to Pretrial Services for electronic monitoring.

**X**   Other.  DFT ENTERS GUILTY PLEA ON CVB VIOLATION AND COURT ORDERS DFT RELEASED.


KAREN S. CRAWFORD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

11/17/21

Electronically Sent to USMS

JOHN MORRILL, Clerk of Court

by   Erica Fry  x. 2923

Crim-9 (Rev. 05/20)

Original

**Read: 17po769 Skea Abstract**

Scott, Andrea
on behalf of
CAS Releases

Wed 11/17/2021 11:48 AM

**To:**  Erica Fry <Erica_Fry@casd.uscourts.gov>

🖇 1 attachments (62 KB)

Read: 17po769 Skea Abstract;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.